# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-3345
LT Case No. 2018-CF-1137

_____

PETER MACK, JR.,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.850 Appeal from the Circuit Court for Citrus County.
Joel D. Fritton, Judge.

Peter Mack, Chipley, pro se.

No Appearance for Appellee.

June 4, 2024

PER CURIAM.

    AFFIRMED.

EISNAUGLE, SOUD, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____